# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

RICHARD RODRIGUEZ, individually, and on behalf of other members of the general public similarly situated;

Plaintiff,

v.

BROSNAN RISK CONSULTANT, LTD, a New York corporation; WALMART, INC., a Delaware stock corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. 4:25-cv-10995-JST

**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE CENTRAL DISTRICT PURSUANT TO 28 U.S.C. §1404(A)**

Removal Date:      December 26, 2025
Complaint Filed:   October 16, 2025
First Amended
Complaint Filed:   November 4, 2025
Trial Date:        None
District Judge:    Hon. John S. Tigar
                   Courtroom 6, Oakland

1

<b>[<s>PROPOSED</s>] ORDER</b>

Having considered the Joint Stipulation to Transfer Venue to the Central District Pursuant to 28 U.S.C. §1404(a) submitted by plaintiff Richard Rodriguez ("Plaintiff"), Defendant Walmart Inc. ("Walmart"), and Defendant Brosnan Risk Consultant LTD ("Brosnan") (collectively "the Parties"), and good cause appearing therefore, the Court hereby enters an Order as follows:

1.      This Action will be transferred to the United States District Court for the Central District of California;

2.      All dates currently pending in this Court are vacated; and

3.      This transfer is without prejudice to Walmart's currently pending motion to dismiss Plaintiff's First Amended Complaint. (ECF No. 13.) Walmart may file its responsive pleading within two weeks after it receives written notice from the clerk of the United States District Court for the Central District of California that the transfer is complete and that this action has been reassigned to a judge of the United States District Court for the Central District of California.

**IT IS SO ORDERED.**

Dated:  February 5, 2026

_____
Hon. Jon S. Tigar
United States District Judge

2

Case No. 4:25-cv-10995-JST

[<s>PROPOSED</s>] ORDER GRANTING JOINT STIPULATION TO TRANSFER VENUE TO THE CENTRAL DISTRICT PURSUANT TO 28 U.S.C. §1404(A)